IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-08-00314-CR

 

Victor Antonio Martinez,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the 40th District Court

Ellis County, Texas

Trial Court No. 28403CR

 



MEMORANDUM  Opinion



 

In 2005, Appellant was adjudicated guilty of
aggravated sexual assault of a child and received a ten-year sentence.  The
judgment adjudicating guilt states that he was credited thirty-one days for
time served.  He now apparently attempts to appeal the denial of an article
11.07 habeas claim for reduction of his sentence for jail time credit and his
failed attempt to obtain free copies of documents relating to his claim for
reduction.

This court has jurisdiction over criminal appeals
only when expressly granted by law.  Everett v. State, 91 S.W.3d
386, 386 (Tex. App.—Waco 2002, no pet.).  No statute vests this court with
jurisdiction over an appeal from an order denying a request for a free copy of
the trial record when such a request is not presented in conjunction with a
timely filed direct appeal.  Id.; see Self v. State, 122
S.W.3d 294, 294-95 (Tex. App.—Eastland 2003, no pet.).  Furthermore, an
intermediate court of appeals has no jurisdiction over post-conviction writs of
habeas corpus in felony cases.  Self, 122 S.W.3d at 295 (citing Tex. Code Crim. Proc. Ann. art. 11.07).

 

Clegg v. State, 214 S.W.3d 671 (Tex. App.—Waco 2007, no pet.).

We notified Appellant that unless he showed grounds for continuing his
appeal, we might dismiss it for want of jurisdiction.  Appellant has filed a response,
but it does not show that we have jurisdiction.  Accordingly, we dismiss this appeal
for want of jurisdiction.

PER CURIAM

 

 

Before Chief Justice
Gray,

            Justice
Vance, and

            Justice Reyna

Appeal dismissed 

Opinion delivered and filed
October 29, 2008

Do not publish

[CR25]








 






ing defendants. 
Thus, the summary judgment is interlocutory and not appealable. Accordingly, we grant the
hospital’s motion and dismiss the appeal for want of jurisdiction.

                                                                               PER CURIAM

Before Chief Justice Davis,
      Justice Cummings, and
      Justice Vance
Dismissed for want of jurisdiction
Opinion delivered and filed April 1, 1998
Do not publish